ELECTRONICALLY FILED
3/12/2019 1:37 PM
38-CV-2019-900120.00
CIRCUIT COURT OF
HOUSTON COUNTY, ALABAMA
CARLA H. WOODALL, CLERK

# IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| SANITHA INGRAM, | ) |
| | ) CASE NO.: CV-19- |
| | ) |
| V. | ) |
| | ) |
| HOBBY LOBBY STORES, INC.,; | ) |
| Fictitious Defendant A, whether | ) |
| singular or plural, that entity or those | ) |
| entities who or which owned, maintained, | ) |
| or had any interest in the premises | ) |
| involved in the occurrence made the | ) |
| basis of this lawsuit; Fictitious | ) |
| Defendant B, whether singular or | ) |
| plural, that entity or those entities | ) |
| who or which was the lessor of the | ) |
| premises involved in the occurrence | ) |
| made the basis of the lawsuit; | ) |
| Fictitious Defendant C, whether singular | ) |
| or plural, that entity or those entities | ) |
| who or which was/were the lessee(s) | ) |
| of the premises involved in the | ) |
| occurrence made the basis of the lawsuit | ) |
| at the time of or at any time before | ) |
| the said occurrence; Fictitious Defendant | ) |
| D, whether singular or plural, that entity | ) |
| or those entities who or which managed, | ) |
| controlled and/or had the right to control | ) |
| the premises involved in the occurrence | ) |
| made the basis of this lawsuit at the time | ) |
| of said occurrence; Fictitious Defendant | ) |
| E, whether singular or plural, that entity | ) |
| or those entities who or which conducted | ) |
| safety inspections at or with reference to | ) |
| the site involved in the occurrence made | ) |
| the basis of this lawsuit, on the date of | ) |
| said occurrence; Fictitious Defendant E, | ) |
| whether singular or plural, that entity or | ) |
| those entities whose negligence or | ) |
| wantonness, or other wrongful | ) |
| conduct contributed to cause the | ) |
| occurrence made the basis of the | ) |
| Plaintiff's complaint. | ) |
| | ) |
| Defendant(s). | ) |

## COMPLAINT

COMES NOW the Plaintiff, SANITHA INGRAM, and hereby files and submits this Complaint against all Defendants, including HOBBY LOBBY STORES, INC. and Fictitious Defendants No. A-E, stating as follows:

## PARTIES AND JURISDICITON

1. Plaintiff SANITHA INGRAM is over the age of nineteen (19) years and is a resident of Henry County, Alabama.

2. Defendant HOBBY LOBBY STORES, INC. ("Hobby") is a foreign corporation, duly qualified to do business in Alabama, and was, at all times material hereto, engaged in doing business in Dothan, Houston County, Alabama.

3. Fictitious Defendants A-E are described in the caption of the complaint. Said description is adopted and incorporated as if set out here in full. Plaintiff avers that the identities of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identities as proper party defendants is not known to Plaintiff at this time, but their true names will be substituted by amendment when the aforesaid lacking knowledge is ascertained.

## COUNT I

4. Plaintiff adopts and realleges paragraphs 1 through 3 as if fully set forth herein.

5. On or about July 5, 2017, Plaintiff Ingram, then a business invitee of Defendant Hobby and/or Fictitious Defendants was shopping at the Hobby Lobby Store located in Dothan, Houston County, Alabama.

6. At the aforesaid time and place, Defendant Hobby and/or Fictitious Defendants listed and described herein did negligently and/or wantonly cause or allow glitter and other debris to

exist on the floor of the premises of the Hobby Lobby Store without warning the Plaintiff that the dangerous condition existed.

7. Defendant Hobby and/or Fictitious Party Defendants listed herein, had actual knowledge of the defective and/or unreasonably dangerous condition of the area, or said defective or unreasonably dangerous condition had existed fir such an unreasonable length of time so as to create a presumption of knowledge of such defect on the part of said Defendants, but Defendants failed to remedy the defective and/or unreasonably dangerous condition of the area.

8. The Defendants did negligently and/or wantonly injure Plaintiff Ingram by negligently and/or wantonly allowing the Plaintiff to use the unsafe area where the glitter and debris was caused or allowed to exist, without giving Plaintiff warning of the danger and without taking appropriate action to correct the condition of the premises to maintain a safe area for Plaintiff and other persons walking on and through the premises at the invitation of the Defendants.

9. The Plaintiff slipped and fell with great force on said unsafe area of the floor of the Hobby Lobby Store and as a proximate consequence thereof, Plaintiff Ingram was injured and damaged as follows:

> she has suffered injuries and bodily damage; she has been caused to incur medical treatment for her injuries; she has been caused to incur medical, hospital, therapy and rehabilitation expenses; she has suffered, still so suffers, and will continue to suffer in the future, physical pain, suffering, mental distress and mental anguish; and her injuries have caused her to be deprived of much enjoyment of her life and will so deprive her in the future.

WHEREFORE, Plaintiff demands judgment against each of the Defendants, including the Fictitious Party Defendants, in a sum to be determined by a jury, which will fairly and adequately compensate the Plaintiff for the injuries and damages sustained, together with interest

from the date of the injury, and the costs of this proceeding. Further, Plaintiff requests that a jury award punitive damages to Plaintiff in an amount which will reflect the enormity of the Defendants wrongful acts and which will effectively prevent other similar acts.

>Buntin, Etheredge & Fowler, LLC
>Attorney for Plaintiff
>
>/s Stephen T. Etheredge
>Stephen T. Etheredge (ETH002)
>One of the Attorneys for Plaintiff
>P.O. Box 1193
>Dothan, Al 36302
>Telephone: (334) 793-3377
>Facsimile: (334) 793-7756
>
>/s Dustin J. Fowler
>Dustin J. Fowler (FOW017)
>One of the Attorneys for Plaintiff
>P.O. Box 1193
>Dothan, Al 36302
>Telephone: (334) 793-3377
>Facsimile: (334) 793-7756

## JURY DEMAND

Plaintiff hereby demands a struck jury for the trial of this cause.

>/s Dustin J. Fowler
>Dustin J. Fowler

SERVICE OF PROCESS:

Hobby Lobby Stores, Inc.                                [certified mail]
Reg. Agent: Corp. Service Co., Inc
641 South Lawrence Street
Montgomery, Al 36104